UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF SOUTH CAROLINA
ORANGEBURG DIVISION

| | |
|---|---|
| Raul Bedoya, ) | C/A No.: 5:25-cv-13915-MGL |
| ) | |
| Plaintiff, ) | **NOTICE OF REMOVAL** |
| ) | |
| vs. ) | |
| ) | |
| Anthony Dean Denker and Denker Logistics, ) | |
| LLC, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

TO:   JONATHAN GRAHAM, ESQUIRE, ATTORNEY FOR THE PLAINTIFF:

1. This action was instituted by the filing of a Summons and Complaint with the Clerk of Court for Orangeburg County on August 29, 2025 and subsequent service of the Summons and Complaint upon the Defendants. The Complaint prays for judgment against the Defendants for both actual and punitive damages in an amount that a jury determines appropriate at trial. There was a phone conference between counsel for the Plaintiff and counsel for the Defendant on December 10, 2025 at which time Plaintiff's counsel advised Defense Counsel that the amount in controversy in this matter is in excess of $75,000.00, exclusive of interest and costs.

2. The Plaintiff is a citizen and resident of the State of South Carolina.

3. Defendant Anthony Dean Denker is a citizen and resident of the State of North Carolina. Further, Denker Logistics, LLC is a single member LLC organized and existing under the laws of the state of North Carolina and the member is a citizen and resident of the State of North Carolina.

4. There is diversity of citizenship between the parties and the Plaintiff is seeking damages in excess of $75,000.00, exclusive of interest and costs. Accordingly, this court has jurisdiction on the basis of diversity of citizenship pursuant to 28 U. S. C. § 1332.

5. This Notice of Removal is being filed within thirty (30) days of the Defendants becoming aware that this is a removable action.

6. Attached is the Summons and Complaint as well as the Amended Answer to Plaintiff's Complaint which were each filed in the Court of Common Pleas for Orangeburg County, South Carolina.

WHEREFORE, your Petitioner prays that the action be removed to the United States District Court for the District of South Carolina, Orangeburg Division.

                    AIKEN, BRIDGES, ELLIOTT, TYLER
                          & SALEEBY, P.A.

By: **s/James M. Saleeby, Jr.**
     JAMES M. SALEEBY, JR.
     FEDERAL ID.: 6715
     181 E. Evans Street, Suite 409
     P. O. Drawer 1931
     Florence, South Carolina 29503
     Phone: (843) 669-8787
     Facsimile: (843) 664-0097
     jms@aikenbridges.com

Florence, South Carolina         ATTORNEYS FOR THE DEFENDANTS
12/18/2025