ELECTRONICALLY FILED - 2025 Nov 05 9:09 AM - ORANGEBURG - COMMON PLEAS - CASE#2025CP3801280

| | | |
|---|---|---|
| STATE OF SOUTH CAROLINA | ) | IN THE COURT OF COMMON PLEAS |
| | ) | |
| COUNTY OF ORANGEBURG | ) | C/A NO.: 2025-CP-38-01280 |
| | ) | |
| Raul Bedoya, | ) | |
| | ) | |
| Plaintiff, | ) | **AMENDED ANSWER TO** |
| | ) | **PLAINTIFF'S COMPLAINT** |
| vs. | ) | |
| | ) | |
| Anthony Dean Denker and Denker Logistics, LLC, | ) | |
| | ) | |
| Defendants. | ) | |

The Defendants, above-named herein answering the Complaint of the Plaintiff herein, would respond as follows:

## FOR A FIRST DEFENSE

1.      The Defendants admit the residency allegations contained in Paragraph 1 of the Complaint.

2.      In response to Paragraph 2 of the Complaint, the Defendants admit that Mr. Denker was driving the subject vehicle and is a citizen and resident of the State of North Carolina.

3.      In response to Paragraph 3 of the Complaint, the Defendants admit that Denker Logistics is a motor carrier with its principal place of business in North Carolina.

4.      In response to Paragraph 4 of the Complaint, the Defendants admit that the driver was working for the company at the time of the accident.

5.      In response to Paragraph 5 of the Complaint, the Defendants admit that on or about the date in question the company was a for hire motor carrier.

ELECTRONICALLY FILED - 2025 Nov 05 9:09 AM - ORANGEBURG - COMMON PLEAS - CASE#2025CP3801280

6.    The allegations contained in Paragraphs 6 and 7 of the Complaint call for legal conclusions which require no response from these Defendants.

7.    In response to Paragraphs 8 through 11 of the Complaint, the Defendants admit that the driver was traveling at or near the location alleged on or about the date in question and that his actions contributed to causing the subject accident but deny the remaining allegations contained therein, in the manner stated.

8.    In response to Paragraph 12 of the Complaint, the Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 12 of the Complaint concerning the nature and extent of the injuries and/or damages claimed.

9.    In response to Paragraph 13 of the Complaint, the Defendants reassert Paragraphs 1 through 8 as if repeated verbatim herein.

10.    In response to Paragraph 14 of the Complaint, the Defendants crave reference to the applicable common law and statutes of the State of South Carolina with regard to duties owed.

11.    In response to Paragraphs 15 through 17 of the Complaint, the Defendants admit that the driver's actions contributed to causing the subject action but denies the remaining allegations contained therein, in the manner stated.

12.    In response to Paragraph 18 of the Complaint, the Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein concerning the nature and extent of the injuries and/or damages claimed.

ELECTRONICALLY FILED - 2025 Nov 05 9:09 AM - ORANGEBURG - COMMON PLEAS - CASE#2025CP3801280

13.     In response to Paragraph 19 of the Complaint, the Defendants admit that a jury should hear the evidence of this case and decide what verdict for actual damages, if any, is fair, reasonable and appropriate under the circumstances.

14.     The Defendants deny the allegations contained in Paragraph 20 of the Complaint.

15.     In response to Paragraph 21 of the Complaint, the Defendants reassert Paragraphs 1 through 15 of their Answer as if repeated verbatim herein.

16.     In response to Paragraph 22 of the Complaint, the Defendants crave reference to the applicable common law and statutes of the State of South Carolina with regard to duties owed.

17.     In response to Paragraph 23 of the Complaint, the Defendant driver admits that his actions contributed to causing the subject accident but denies the remaining allegations contained therein, in the manner stated.

18.     The Defendants deny the allegations contained in Paragraph 24 of the Complaint.

19.     In response to Paragraph 25 of the Complaint, the Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein concerning the nature and extent of the injuries and/or damages claimed.

20.     In response to Paragraph 26 of the Complaint, the Defendants admit that a jury should hear the evidence in this case and decide what verdict for actual damages, if any, is fair, appropriate and reasonable under the circumstances.

ELECTRONICALLY FILED - 2025 Nov 05 9:09 AM - ORANGEBURG - COMMON PLEAS - CASE#2025CP3801280

21.    The Defendants deny the allegations contained in Paragraph 27 of the Complaint.

22.    In response to Paragraph 28 of the Complaint, the Defendants reassert Paragraphs 1 through 21 of their Answer as set forth verbatim herein.

23.    In response to Paragraphs 29 through 45 of the Complaint, the Defendants admit that the driver was working for the company at the time of the subject accident but denies the remaining allegations contained therein.

24.    Except as herein specifically admitted, each and every allegation of the Complaint is expressly denied.

## FOR A SECOND DEFENSE

25.    Each and every allegation set forth in the preceding paragraphs hereof is hereby realleged and reiterated as fully as if set forth herein.

26.    The Defendants assert that an award of punitive damages in this case would violate the 5th, 6th, and 14th amendments of the United States Constitution and Article One, Section 3 of the South Carolina Constitution and potentially certain statutes of the State of South Carolina in that:

a)    The unfettered power to award punitive damages devoid of a meaningful standard and is inconsistent with due process guarantees;

b)    The asserted standard governing the imposition of punitive damages is void for vagueness; and,

c)    The Defendants deny that facts and circumstances exist sufficient to entitle an award of punitive damages. Nevertheless, the Defendants plead the terms, conditions, procedures, standards, and limitations of Sections 15-32-510

through 15-32-540 of the *South Carolina Code of Laws* in response to any claim for punitive damages.

**WHEREFORE,** having fully answered, the Defendants pray that Plaintiff's Complaint be dismissed, with costs, and for such further relief as may be just and proper.

AIKEN, BRIDGES, ELLIOTT, TYLER &
SALEEBY, P. A.

By: s/James M. Saleeby, Jr.
JAMES M. SALEEBY, JR., Bar #: 9258
181 EAST EVANS STREET
P. O. DRAWER 1931
FLORENCE, SC 29503
Telephone: 843-669-8787
Florence, South Carolina                 jms@aikenbridges.com
November 5, 2025                          ATTORNEY FOR THE DEFENDANT

ELECTRONICALLY FILED - 2025 Nov 05 9:09 AM - ORANGEBURG - COMMON PLEAS - CASE#2025CP3801280