IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ORANGEBURG DIVISION

| | | |
|---|---|---|
| Raul Bedoya, | ) | |
| | ) | C/A No.:   5:25-cv-13915-MGL |
| Plaintiff, | ) | |
| | ) | **DEFENDANTS' RESPONSES TO 26.01** |
| vs. | ) | **INTERROGATORIES** |
| | ) | |
| Anthony Dean Denker and Denker Logistics, LLC, | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

The Defendants provide the following responses as required by Local Rule 26.01:

    A.    STATE THE FULL NAME, ADDRESS AND TELEPHONE NUMBERS OF ALL PERSONS OR LEGAL ENTITIES WHO MAY HAVE A SUBROGATION INTEREST IN EACH CLAIM AND STATE THE BASIS AND EXTENT OF SAID INTEREST.

    **ANSWER:**    **None known to the Defendants.**

    B.    AS TO EACH CLAIM, STATE WHETHER IT SHOULD BE TRIED JURY OR NONJURY AND WHY.

    **ANSWER:**    **This is a negligence claim and a jury trial has been requested by the Plaintiff.**

    C.    STATE WHETHER THE PARTY SUBMITTING THESE RESPONSES IS A PUBLICLY OWNED COMPANY AND SEPARATELY IDENTIFY: (1) EACH PUBLICLY OWNED COMPANY OF WHICH IT IS A PARENT, SUBSIDIARY, PARTNER, OR AFFILIATE; (2) EACH PUBLICLY OWNED COMPANY WHICH OWNS TEN PERCENT OR MORE OF THE OUTSTANDING SHARES OR OTHER INDICIA OF OWNERSHIP OF THE PARTY; AND (3) EACH PUBLICLY OWNED COMPANY IN WHICH THE PARTY OWNS

TEN PERCENT OR MORE OF THE OUTSTANDING SHARES.

**ANSWER:** **There is no Defendant that is a publicly owned Company.**

D. STATE THE BASIS FOR ASSERTING THE CLAIM IN THE DIVISION IN WHICH IT WAS FILED (OR THE BASIS OF ANY CHALLENGE TO THE APPROPRIATENESS OF THE DIVISION.)

**ANSWER:** **The Plaintiff filed this action in the Court of Common Pleas for Orangeburg County and the underlying motor vehicle accident occurred in Orangeburg County, both of which fall within the Orangeburg division.**

E. IS THIS ACTION RELATED IN WHOLE OR IN PART TO ANY OTHER MATTER FILED IN THIS DISTRICT, WHETHER CIVIL OR CRIMINAL? IF SO, PROVIDE: (1) A SHORT CAPTION AND THE FULL CASE NUMBER OF THE RELATED ACTION; (2) AN EXPLANATION OF HOW THE MATTERS ARE RELATED; AND (3) A STATEMENT OF THE STATUS OF THE RELATED ACTION. COUNSEL SHOULD DISCLOSE ANY CASES WHICH MAY BE RELATED REGARDLESS OF WHETHER THEY ARE STILL PENDING. WHETHER CASES ARE RELATED SUCH THAT THEY SHOULD BE ASSIGNED TO A SINGLE JUDGE WILL BE DETERMINED BY THE CLERK OF COURT BASED ON A DETERMINATION OF WHETHER THE CASES: ARISE FROM THE SAME OR IDENTICAL TRANSACTIONS, HAPPENINGS OR EVENTS; INVOLVE THE IDENTICAL PARTIES OR PROPERTY; OR FOR ANY OTHER REASON WOULD ENTAIL SUBSTANTIAL DUPLICATION OF LABOR IF HEARD BY DIFFERENT JUDGES.*

(*This information is required in addition to completion of the "related cases" block on the JS44 Civil Cover Sheet. Although the Civil Cover Sheet requires only that you disclose *pending* related cases, this interrogatory and this District's assignment procedures require disclosure of *any prior or*

*pending* related case whether civil or criminal. Therefore, both categories should be disclosed in response to this interrogatory as well as on the JS44 Civil Cover Sheet.)

**ANSWER:** **No.**

F.   [DEFENDANTS ONLY.] IF THE DEFENDANT IS IMPROPERLY IDENTIFIED, GIVE THE PROPER IDENTIFICATION AND STATE WHETHER COUNSEL WILL ACCEPT SERVICE OF AN AMENDED SUMMONS AND PLEADING REFLECTING THE CORRECT IDENTIFICATION.

**ANSWER:** **The Defendants are properly identified.**

G.   [DEFENDANTS ONLY.] IF YOU CONTEND THAT SOME OTHER PERSON OR LEGAL ENTITY IS, IN WHOLE OR IN PART, LIABLE TO YOU OR THE PARTY ASSERTING A CLAIM AGAINST YOU IN THIS MATTER, IDENTIFY SUCH PERSON OR ENTITY AND DESCRIBE THE BASIS OF SAID LIABILITY.

**ANSWER: None known to the Defendants at this time.**

                              AIKEN, BRIDGES, ELLIOTT, TYLER
                                        & SALEEBY, P.A.

By: **s/James M. Saleeby, Jr.**
      JAMES M. SALEEBY, JR.
      Federal I.D. No.:  6715
      181 East Evans Street, Suite 409
      Post Office Box 1931
      Florence, S.C. 29503
      Phone: (843) 669-8787
      Fax:    (843) 664-0097
      jms@aikenbridges.com

Florence, South Carolina      ATTORNEYS FOR THE DEFENDANTS
December 18, 2025