UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF SOUTH CAROLINA
ORANGEBURG DIVISION

| | |
|---|---|
| Raul Bedoya,<br><br>      Plaintiff,<br><br>vs.<br><br>Anthony Dean Denker and Denker Logistics, LLC,<br><br>      Defendants.<br>_____ | C/A No.:  5:25-cv-13915-MGL<br><br>**CERTIFICATE OF SERVICE** |

The undersigned hereby certifies that on December 18, 2025, a copy of the Notice of Removal of the above-entitled case is being filed with Clerk of Court of Common Pleas for Orangeburg County, South Carolina, and served upon counsel for the Plaintiff, Jonathan Graham.

                                  AIKEN, BRIDGES, ELLIOTT, TYLER
                                      & SALEEBY, P.A.


                         By: **s/James M. Saleeby, Jr.**
                              JAMES M. SALEEBY, JR.
                              FEDERAL ID.: 6715
                              181 E. Evans Street, Suite 409
                              P. O. Drawer 1931
                              Florence, South Carolina 29503
                              Phone: (843) 669-8787
                              Facsimile: (843) 664-0097
                              jms@aikenbridges.com

Florence, South Carolina               ATTORNEYS FOR THE DEFENDANTS
12/18/2025