IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ORANGEBURG DIVISION

| | | |
|---|---|---|
| Raul Bedoya, | ) | |
|            Plaintiff, | ) | C/A No.: 5:25-cv-13915-MGL |
| vs. | ) | **DEFENDANTS' STATEMENT PURSUANT TO STANDING ORDER REGARDING ALL REMOVED CASES** |
| Anthony Dean Denker and Denker Logistics, LLC, | ) | |
|            Defendants. | ) | |

The Defendants, above-named, consistent with the Standing Order Regarding All Removed Cases assigned to Judge Mary Geiger Lewis, herein submits the following:

1. The date(s) Defendants or their representatives first received a copy of the Summons and Complaint in the State Court action.

    **As to Defendant Denker Logistics, LLC – September 23, 2025.**

    **As to Defendant Anthony Dean Denker -  September 22, 2025.**

2. The date(s) each Defendant was served with a copy of the Summons and Complaint, if any of those dates differ from the date(s) set forth in item number 1.

    **These dates do not differ from the response to item number 1.**

3. In actions predicated on diversity jurisdiction, an explanation of whether any Defendants who have been served are citizens of South Carolina.

    **Note:** for purposes of diversity jurisdiction, a corporation is a citizen of "any State by which it has been incorporated and of the State where it has its principal place of business." 28 U.S.C. § 1332(c)(1); Hertz Corp. v. Friend, 559 U.S. 77, 77 (2010). In a suit against an unincorporated entity, however, diversity jurisdiction depends on the citizenship of all the entity's members. Carden v. Arkoma Assocs., 494 U.S. 185, 195 (1990).

**Defendant Anthony Dean Denker is an individual who is a citizen and resident of the state of North Carolina and also was at the time the cause of action accrued. Defendant Denker Logistics, LLC is a single member LLC organized and existing under the laws of the state of North Carolina, with its principal place of business in North Carolina, and its sole member is a citizen and resident of the state of North Carolina. This was also the case at the time this cause of action accrued.**

4. In actions predicated on diversity jurisdiction, the basis for believing that the amount in controversy exceeds $75,000.00;

   **There was a conference between defense counsel and Plaintiff's counsel on December 10, 2025 at which time Plaintiff's counsel advised defense counsel that the amount in controversy in this matter was in excess of $75,000.00, exclusive of interest and costs.**

5. If removal takes place more than thirty days after any Defendant first received a copy of the summons and complaint, the reasons why removal has taken place at this time and the date on which Defendant(s) first received a paper identifying the basis for such a removal.

   **The removal took place more than thirty (30) days after the Defendants first received a copy of the Summons and Complaint because the Defendants were unaware that the amount in controversy exceeded $75,000.00, exclusive of interest and costs, until December 10, 2025 by way of a conference with Plaintiff's counsel.**

6. In actions removed on the basis of this Court's diversity jurisdiction in which the action in state court was commenced more than one year before the date of removal, the reasons why this action should not summarily be remanded to state court.

   **This action was removed less than one year before the state court action was commenced.**

7. The identity of any Defendant who Plaintiff(s) served prior to the time of removal who did not formally join in notice of removal and the reasons therefor. All Defendants to the action who joined in notice of removal shall file such a statement within the time period set forth herein, although the parties may file a joint statement as long as such statement is signed by counsel for each party.

**None. All Defendants joined in the removal.**

                        AIKEN, BRIDGES, ELLIOTT, TYLER
                              & SALEEBY, P.A.


By: **s/James M. Saleeby, Jr.**
JAMES M. SALEEBY, JR.
Federal I.D. No.:  6715
181 East Evans Street, Suite 409
Post Office Box 1931
Florence, S.C. 29503
Phone: (843) 669-8787
Fax:   (843) 664-0097
jms@aikenbridges.com

Florence, South Carolina       ATTORNEYS FOR THE DEFENDANTS
December 18, 2025