# Jonathan Graham

| | |
|---|---|
| **From:** | Jonathan Graham |
| **Sent:** | Wednesday, November 5, 2025 10:05 AM |
| **To:** | Bridgette Godbold |
| **Cc:** | TeamGraham; Jay Saleeby |
| **Subject:** | RE: *EXT*Bedoya v. Denker |

Shoot, I forgot to include the link.

**From:** Jonathan Graham
**Sent:** Wednesday, November 5, 2025 10:04 AM
**To:** Bridgette Godbold <bdg@aikenbridges.com>
**Cc:** TeamGraham <TeamGraham@forthepeople0.mail.onmicrosoft.com>; Jay Saleeby <jms@aikenbridges.com>
**Subject:** RE: *EXT*Bedoya v. Denker

Thanks, Bridgette. Please include TeamGraham@forthepeople.com on future emails to keep my whole team in the loop. 😊

Would you mind forwarding Word shells for the discovery requests?

Jay, feel free to give me a call regarding early resolution on this one. Y'all are admitting liability, and we've got about $32k in medical bills from immediately after the crash, since Mr. Bedoya was admitted overnight for an apparent liver laceration. We will respond more fully to the discovery requests, of course, but the crash report, medical bills and records are available at the link below. I'm think early negotiations may be fruitful.

My cell is ▮▮▮▮▮▮▮▮▮▮▮

Thanks,

**From:** Bridgette Godbold <bdg@aikenbridges.com>
**Sent:** Wednesday, November 5, 2025 9:13 AM
**To:** Jonathan Graham <jgraham@forthepeople.com>
**Cc:** Courtney Daugherty <cdaugherty@forthepeople.com>; Jay Saleeby <jms@aikenbridges.com>
**Subject:** *EXT*Bedoya v. Denker
**Importance:** High

**CAUTION:** Use caution when clicking on links or opening attachments in this external email.

Good morning. Please find attached a letter from Mr. Saleeby along with Interrogatories and Request for Production to the Plaintiff in this matter. We are also attaching the Defendants Responses to Plaintiff's Request for Admission as well.

Thanks, Bridgette



**Bridgette Godbold**
**Paralegal/Legal Assistant to Matthew N. Tyler and**
**Preston B. Dawkins, Jr.**

**Aiken Bridges Elliott Tyler & Saleeby, PA**
181 East Evans Street, Suite 409 (29506)
Post Office Drawer 1931 (29503)
Florence, South Carolina
Phone: (843) 669-8787 | Fax: (843) 664-0097

CONFIDENTIAL & PRIVILEGED Unless otherwise indicated or obvious from the nature of the above communication, the information contained herein may be an attorney-client privileged and confidential information/work product. The communication is intended for the use of the individual or entity named above. If the reader of this transmission is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error or are not sure whether it is privileged, please immediately notify us by return e-mail and destroy any copies, electronic, paper or otherwise, which you may have of this communication. CIRCULAR 230 DISCLOSURE: To comply with certain U.S. Treasury regulations, we inform you that, unless expressly stated otherwise, any U.S. Federal tax advice contained in this e-mail, including attachments, is not intended or written to be used, and cannot be used, by any person for the purpose of avoiding any penalties that may be imposed by the Internal Revenue Service.