IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ORANGEBURG DIVISION

| | | |
|---|---|---|
| Raul Bedoya, | ) | |
| | ) | C/A No.: 5:25-cv-13915-MGL |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **RULE 26(f) REPORT** |
| | ) | |
| Anthony Dean Denker and Denker Logistics, LLC, | ) ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

       The parties, having consulted pursuant to Rule 26(f), Fed. R. Civ. P., hereby report as follows (check one below):

_____    We agree that the schedule set forth in the Conference and Scheduling Order filed **December 18, 2025** is appropriate for this case. **The parties' proposed discovery plan as required by Fed. R. Civ. P. Rule 26(t) and the information required by Local Civil Rule 26.03 will be separately filed by the parties.**

\_\_X\_\_    We agree that the schedule set forth in the Conference and Scheduling Order filed **December 18, 2025** requires modification as set forth in the attached proposed Consent Amended Scheduling Order (use format of the Court's standard scheduling order attached hereto). **The parties' proposed discovery plan as required by Fed. R. Civ. P. Rule 26(t) and the information required by Local Civil Rule 26.03 will be separately filed by the parties.**

_____    We are unable, after consultation, to agree on a schedule for this case. We, therefore, request a scheduling conference with the Court. **The parties' proposed discovery plan as required by 26(t) Fed. R. Civ. P., with disagreements noted, and the information required by Local Civil Rule 26.03 will be separately filed by the parties.**

**(Signature Page Attached)**

**MORGAN & MORGAN, P.A.**

By: **s/Jonathan D. Graham**
  JONATHAN D. GRAHAM
  Federal Bar No.: 13969
  4401 Belle Oaks Drive, Suite 300
  North Charleston, SC 29405
  Telephone: (843) 974-6063
  Email: jgraham@forthepeople.com
  *Attorney for the Plaintiff*

**AIKEN, BRIDGES, ELLIOTT, TYLER**
  **& SALEEBY, P.A.**

By: **s/James M. Saleeby, Jr.**
  JAMES M. SALEEBY, JR.
  Federal Bar No.: 9258
  181 E. Evans Street, Suite 409
  P. O. Drawer 1931
  Florence, South Carolina 29503
  Telephone: (843) 669-8787
  Email: jms@aikenbridges.com
  *Attorney for the Defendants*