IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ORANGEBURG DIVISION

| | | |
|---|---|---|
| Raul Bedoya, | ) | |
|             Plaintiff, | ) | C/A No.: 5:25-cv-13915-MGL |
| vs. | ) | |
| | ) | **DEFENDANT'S RESPONSES TO LOCAL** |
| Anthony Dean Denker and Denker Logistics, LLC, | ) | **RULE 26.03 INTERROGATORIES** |
| | ) | **(Rule 26(f) Report)** |
|             Defendants. | ) | |

The Defendants, through his undersigned attorneys, herein submit their responses to Local Rule 26.03 Interrogatories as follows:

1. A short statement of the facts of the case.

   **RESPONSE:**

   **This action arises from a June 13, 2025 traffic collision which occurred on Interstate 26 in Orangeburg County, South Carolina. The Plaintiff was operating a pickup truck and slowed his vehicle due to traffic merging onto the interstate ahead of him. The Defendant driver, who was behind the Plaintiff's vehicle, then struck the rear portion of the Plaintiff's pickup truck. The Plaintiff seeks recovery from the Defendants for negligence, negligent hiring, training, retention and supervision, as well as for punitive damages.**

2. The names of fact witnesses likely to be called by the party and a brief summary of their expected testimony.

   **RESPONSE:**

   **(a) The Defendants anticipate calling Defendant driver Anthony Dean Denker as a witness in this case to testify regarding the facts and circumstances surrounding the subject motor vehicle collision.**

   **(b) The Defendants may also call as a witness Trooper A. T. Snell of the South Carolina Highway Patrol. Trooper Snell would be expected to testify concerning his investigation of the subject accident and conversations with both the Plaintiff**

    **and Defendant driver.**

3. The names and subject matter of expert witnesses (if no witnesses have been identified, the subject matter and field of expertise should be given as to experts likely to be offered).

   **RESPONSE:**

   **The Defendant has not retained an expert witness at this time. At this point, the Defendants do not anticipate the necessity of hiring an expert witness based upon the information currently available.**

4. A summary of the claims or defenses with statutory and/or case citations supporting the same.

   **RESPONSE:**

   **The only defense raised in the answer of the Defendants relates to punitive damages. First, the Defendants set forth the limitations on punitive damages and due process guarantees consistent with the fifth, sixth, and fourteenth amendments of the United States Constitution and Article 1, Section 3 of the South Carolina Constitution. Additionally, the Defendants have pled the limitations on punitive damages as provided by South Carolina statute. This includes Sections 15-32-510 through 15-32-540 of the *South Carolina Code of Laws*.**

5. Absent special instructions from the assigned judge, the parties shall propose dates of the following deadlines listed in Local Civil Rule 16.02;

       (a) Exchange of Fed. R. Civ. P. 26(a)(2) expert disclosures; and
       (b) Completion of discovery.

   **RESPONSE:**

   **The parties have agreed to these dates for both expert disclosures and completion of discovery as reflected in the proposed Amended Conference and Scheduling Order.**

6. The parties shall inform the Court whether there are any special circumstances which would affect the time frames applied in preparing the scheduling order. See generally Local Civil Rule 16.02(C) (Content of Scheduling Order).

   **RESPONSE:**

   **None known to the Defendants at this time concerning the proposed Amended**

Conference and Scheduling Order.

7. The parties shall provide any additional information requested in the Pre-Scheduling Order (Local Civil Rule 16.01) or otherwise requested by assigned judge.
**RESPONSE:**
**None known to the Defendants at this time**.

                          **AIKEN, BRIDGES, ELLIOTT, TYLER & SALEEBY, P.A.**

                By: **s/James M. Saleeby, Jr.**
                      JAMES M. SALEEBY, JR.
                      Federal Bar No.: 9258
                      181 E. Evans Street, Suite 409
                      P. O. Drawer 1931
                      Florence, South Carolina 29503
                      Telephone: (843) 669-8787
                      Email: jms@aikenbridges.com
                      *Attorney for the Defendants*