IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ORANGEBURG DIVISION

| | |
|---|---|
| Raul Bedoya, <br><br>                Plaintiff, <br><br>vs. <br><br>Anthony Dean Denker and Denker Logistics, LLC, <br><br>                Defendants. | Civil Action No.: 5:25-cv-13915-MGL <br><br>**PLAINTIFF'S RESPONSES TO LOCAL RULE 26.01 INTERROGATORIES** |

Plaintiff Raul Bedoya responds to Local Rule 26.01's interrogatories as follows:

(A)    State the full name, address and telephone number of all persons or legal entities who may have a subrogation interest in each claim and state the basis and extent of that interest.

**RESPONSE: Plaintiff is not aware of any party or entity with a subrogation interest in a claim related to this case.**

(B)    As to each claim state whether it should be tried jury or nonjury and why.

**RESPONSE: Plaintiff has requested a jury trial on all claims. Each claim arises out of a common law dispute and the value in controversy exceeds $20; the Seventh Amendment thus provides Plaintiff Bedoya the right to a trial by jury.**

(C)    State whether the party submitting these responses is a publicly-owned company and separately identify (1) any parent corporation and any publicly-held corporation owning ten percent (10%) or more of the party's stock; (2) each publicly-owned company of which it is a parent; and (3) each publicly-owned company in which the party owns ten percent (10%) or more of the outstanding shares.

**RESPONSE: Plaintiff Bedoya is an individual, not a corporation.**

(D)     State the basis for asserting the claim in the division in which it was filed (or the basis of any challenge to the appropriateness of the division.

**RESPONSE: While Plaintiff has moved for remand, Plaintiff does not challenge the appropriateness of the division should the Court deny the motion for remand.**

(E)     Is this action related in whole or in part to any other matter filed in this district, whether civil or criminal?

**RESPONSE: Plaintiff is not aware of any other related action.**

*(F) & (G) omitted, as they apply to Defendants only.*

(H)     *Parties or Intervenors in a Diversity Case.* In an action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a), a party or intervenor must, unless the court orders otherwise, name – and identify the citizenship of – every individual or entity whose citizenship is attributed to that party or intervenor. This response must be supplemented when any later event occurs that could affect the court's jurisdiction under § 1332(a).

**RESPONSE: Plaintiff is a citizen and resident of South Carolina.**

**MORGAN & MORGAN**

s/Jonathan D. Graham
Jonathan Graham, Esq.
Federal Bar # 13969
4401 Belle Oaks Drive, 3rd Floor
North Charleston, South Carolina 29405
Telephone: (843) 947-6063
Facsimile: (843) 947-6113
Email:  jgraham@forthepeople.com

**ATTORNEYS FOR PLAINTIFF**

January 20, 2026.
Charleston, SC